**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

MICHAEL POLANCO,

Plaintiff,

-against-

25 **CIVIL** 10348 (LLS)

# JUDGMENT

CHILD SUPPORT FAMILY COURT,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2026, the Court has dismissed this action for lack of subject-matter jurisdiction and for seeking monetary relief form a defendant that is immune from such relief. Fed. R. Civ. P. 12(h)(3); see 28 U.S.C. § 1915(e)(2)(B)(iii). The Court has declined to consider, under its supplemental jurisdiction, Plaintiffs claims under state law. See 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

November 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**